**STATE of Missouri
Plaintiff-Respondent,**

v.

**Sanders REED, Defendant-Appellant.**

**No. 50186.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 25, 1986.

Motion for Rehearing and/or Transfer
Denied April 22, 1986.

Application to Transfer Denied
June 17, 1986.

Henry Robertson, Asst. Public Defender, St. Louis, for appellant.

John M. Morris, Atty. Gen., for respondent.

### ORDER

PER CURIAM

This is an appeal from a jury conviction of manslaughter, Sec. 565.005 RSMo.1978 (repealed October 1, 1984) and armed criminal action, Sec. 571.015 RSMo.1978. Appellant claims trial court error in the refusal to submit appellant's requested instructions on the justifiable use of force in self defense and in the defense of third persons. No precedential purpose would be served by a written opinion.

The judgment is affirmed. Rule 30.25(b).